STATE AUTO MUTUAL INS ASSN v
FRIEDMAN

Ohio Supreme Court
No 22102. Decided April 30, 1930

Marshall, CJ., Kinkade, Robinson, Jones,
Matthias and Allen, JJ., concur.